BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

*Attorneys for Plainiff*

NELSON, MULLINS, RILEY & SCARBOROUGH LLP
JAHMY S. GRAHAM (SBN 300800)
MATTHEW G. LINDENBAUM
CHRISTINE M. KINGSTON
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Tel: 424/221.7400
424/221.7499 (fax)
jahmy.graham@nelsonmullins.com
jessica.higashiyama@nelsonmullins.com

*Attorneys for Defendants*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN LY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a Texas corporation; and TOYOTA MOTOR NORTH AMERICA, INC., a Texas corporation,<br><br>Defendants. | Case No. 5:20-cv-00640-EMC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**CLASS ACTION**<br><br>District Judge Edward M. Chen<br>Courtroom 5, 17th Floor, San Francisco<br><br>Complaint Filed:   January 29, 2020<br>Trial Date:           Not Set<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ken Ly and Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc. (collectively, "Toyota"), by and through undersigned counsel, stipulate to dismissal of this action without prejudice. Each side shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 8, 2020

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)

By:     s/ Timothy G. Blood
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*admitted PHV*)
ERICH P. SCHORK (*admitted PHV*)
ANTHONY L. PARKHILL (*admitted PHV*)
205 W. Randolph Street, Suite 1630
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

*Attorneys for Plaintiff Ken Ly*

Dated: July 8, 2020

NELSON, MULLINS, RILEY
   & SCARBOROUGH LLP
JAHMY S. GRAHAM (SBN 300800)
MATTHEW G. LINDENBAUM
CHRISTINE M. KINGSTON

By:     s/ Jahmy S. Grahm
JAHMY S. GRAHAM

19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Tel: 424/221.7400

1                            Case No. 5:20-cv-00640-EMC
STIPULATION OF VOLUNTARY DISMISSAL ***WITHOUT*** PREJUDICE

00165874

1  
2  424/221.7499 (fax)  
jahmy.graham@nelsonmullins.com  
3  
*Attorneys for Defendants*  
*Toyota Motor Sales, U.S.A., Inc. and*  
*Toyota Motor North America, Inc.*  
4  

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 8, 2020

BLOOD HURST & O'REARDON, LLP

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 7/8/2020